IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FADI ELSALAMEEN**<br>2856 Arizona Avenue NW<br>Washington, DC 20016<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**SPEAR OPERATIONS GROUP, LLC**<br>2140 S. Dupont Highway<br>Camden, DE 19934<br><br>　　　　and<br><br>**ABRAHAM GOLAN**<br>P.O. Box 9801<br>Rancho Santa Fe, CA 92067<br><br>　　　　Defendants. | Case No. 17-cv-341<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

COMES NOW Fadi Elsalameen and hereby brings his claim for breach of contract against Spear operations Group, stating as follows:

### The Parties, Jurisdiction, And Venue

1.　　Plaintiff Fadi Elsalameen ("Elsalameen") is an individual residing at 2856 Arizona Avenue NW, Washington, DC 20016.

2.　　Defendant Spear Operations Group ("Spear") is a Delaware limited liability company. Upon information and belief, Spear's member is Abraham Golan, a resident and citizen of California.

3.　　Defendant Abraham Golan is the CEO of Spear and Guarantor of the Service Agreement at issue, residing in Rancho Santa Fe, California, 92067.

1

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a) in that complete diversity of citizenship exists between Plaintiff Elsalameen and each defendant, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial amount of the performance of the Service Agreement, and breach thereof, occurred in this judicial district.

**Facts Common To All Counts**

6. On or about March 8, 2016, Elsalameen, Spear, and Golan entered into the Service Agreement (the "Contract"), a true and correct copy of which is attached hereto and incorporated herein by reference as **Exhibit A**.

7. Pursuant to paragraph 7 of the Contract, Spear committed to pay Elsalameen:

   a. a monthly retainer of $20,000;

   b. a $50,000 signing bonus; and

   c. twenty percent (20%) of all amounts Spear collects from the United Arab Emirates service provider in return for his services.

8. Golan agreed to serve as a guarantor of Spear's obligations to Elsalameen under the Contract.

9. Elsalameen complied with, and performed all requested services under the Contract.

10. The only contractual obligation with which Spear has complied to date is its payment of the $50,000 signing bonus.

11. In breach of the Contract, Spear has failed to pay any of the monthly retainer or any of the 20% from the United Arab Emirates contracts.

12. On or about July 28, 2016, Elsalameen made a formal demand upon Spear for the amount owed per its breach of the Contract: $922,600.  *See* **Exhibit B**.

13. Spear still refuses to pay.

14. Nor has Golan stepped in as Guarantor to pay the $922,600.

## COUNT I
### (Breach of Contract Against Spear)

15. Elsalameen repeats the allegations in paragraphs 1 through 14.

16. As a direct result of Spear's breaches of contract, Elsalameen has been damaged in the amount of $922,600.

17. WHEREFORE, Elsalameen requests that this Honorable Court enter judgment in his favor and against Spear in the amount of $922,600, or in such additional amount to be proven at trial, plus interest, and grant such other and further relief as it may deem appropriate.

## COUNT II
### (Breach of Contract Against Guarantor Golan)

18. Elsalameen repeats the allegations in paragraphs 1 through 17.

19. As a direct result of Golan's breach of contract as guarantor of amounts Spear owes Elsalameen, Elsalameen has been damaged in the amount of $922,600.

20. WHEREFORE, Elsalameen requests that this Honorable Court enter judgment in his favor and against Golan in the amount of $922,600, or in such additional amount to be proven at trial, plus interest, and grant such other and further relief as it may deem appropriate.

Dated:  February 27, 2017					Respectfully submitted,

**FADI ELSALAMEEN**

By:	/s/ Benjamin G. Chew
	Benjamin G. Chew (D.C. Bar No. 418577)
	Rory E. Adams (D.C. Bar No. 986549)
	Manatt, Phelps & Phillips LLP

1050 Connecticut Avenue NW, Suite 600
Washington, DC 20037
Telephone:	(202) 585-6511
Facsimile:	(202) 585-6600
Email:	bchew@manatt.com
Email:	radams@manatt.com

*Counsel for Plaintiff Fadi Elsalameen*

203938275.1