IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FADI ELSALAMEEN**<br><br>Plaintiff,<br><br>v.<br><br>**SPEAR OPERATIONS GROUP, LLC**<br><br>and<br><br>**ABRAHAM GOLAN**<br><br>Defendants. | Case No. 17-cv-341 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Fadi Elsalameen, by and through his undersigned counsel, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully provides notice of dismissal of this action without prejudice. Plaintiff further states that no opposing party has served either an answer or a motion for summary judgment.

Dated:  April 3, 2017             Respectfully submitted,

                                  **FADI ELSALAMEEN**

                        By:   /s/ Benjamin G. Chew
                              Benjamin G. Chew (D.C. Bar No. 418577)
                              Rory E. Adams (D.C. Bar No. 986549)
                              Manatt, Phelps & Phillips LLP
                              1050 Connecticut Avenue NW, Suite 600
                              Washington, DC 20037
                              Telephone:    (202) 585-6511
                              Facsimile:    (202) 585-6600
                              Email:        bchew@manatt.com
                              Email:        radams@manatt.com

                              *Counsel for Plaintiff Fadi Elsalameen*

203962480.1